UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
**CHRISTINA SELVAGGIO**,                                         :
                                                                 :
                              Plaintiff,                         :   **ORDER ADOPTING REPORT**
                                                                     **AND RECOMMENDATION**
                – against –                                      :
                                                                     25-CV-7125 (AMD) (RML)
                                                                 :
**DAWN CARPENTER** and **DAWNING REAL**                          :
**ESTATE, INC.**,                                                :
                                                                 :
                              Defendants.                        :
                                                                 :
---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On December 30, 2025, the plaintiff filed this action against the defendants, bringing claims for embezzlement, wire fraud, falsifying business records, and concealment of assets, as well as civil RICO and RICO conspiracy claims.  (ECF No. 1.)[1]

On February 18, 2026, the defendants filed an amended answer containing fifteen affirmative defenses to the plaintiff's allegations and a counterclaim.  (ECF No. 15.)  On February 26, 2026, the plaintiff moved to strike the defendants' affirmative defenses.  (ECF No. 16.)  The same day, the Court referred the motion to Magistrate Judge Robert M. Levy.  (*ECF Order dated Feb. 26, 2026*.)

In a June 3, 2026 Report and Recommendation, Judge Levy recommended that the Court deny the plaintiff's motion.  (ECF No. 24.)  No objections have been filed to the Report and Recommendation, and the time for doing so has passed.

---

[1] The plaintiff has suggested that she intends to withdraw the embezzlement claim.  (*See* ECF No. 24 at 1 n.2.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record."  *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting *Wilds v. United Parcel Serv.,* 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)).

I have carefully reviewed Judge Levy's thorough and well-reasoned Report and Recommendation and find no error.  Accordingly, I adopt the Report and Recommendation in its entirety and deny the plaintiff's motion to strike the defendant's affirmative defenses.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       June 22, 2026